UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NUMBER: 5:11-CR-149

FILED IN OPEN COURT
ON 9-7-11 KM
Dennis P. Iavarone, Clerk
US District Court
Eastern District of NC

UNITED STATES OF AMERICA
vs.

ORDER

Roberto Pablo Gutierrez

IT IS HEREBY ORDERED that the following Government Exhibits be returned to __Tony Pennica__ and remain in his custody through the time of sentencing and any proceeding on appeal or review.

Government's Exhibits:

9|7 #62 - DEA Evidence bag - packaging
#63 - Bag 1345.9g     #65 - Bulk Bag - 20.8
9|8 #64 - Bag 834.5g     #66 - Bulk Bag - 17.8

This 7th day of September, 2011 Exhibits received by:

__Tony Pennica__
Print name

__[signature]__
Sign name

September 7, 2011

__[signature]__
W. EARL BRITT
SENIOR U. S. DISTRICT JUDGE